UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ZARINA BEGUM,                                    :

        Plaintiff,        :

                                           ORDER
-v-                                              :
                                           22 Civ. 5902 (ALC) (GWG)
BANK OF AMERICA, N.A.,                           :

        Defendant.       :
------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The deadline for discovery and for seeking permission to make a summary judgment motion having expired, the parties are directed to file the pre-trial order required by section 4.A of Judge Carter's Individual Practices on or before July 21, 2023.

      SO ORDERED.

Dated: June 30, 2023
       New York, New York

                                                     _____
                                                   GABRIEL W. GORENSTEIN
                                                   United States Magistrate Judge