USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/11/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**BEGUM,**

               **Plaintiff,**

-against-

**BANK OF AMERICA NA.,**

               **Defendant.**

**22-cv-05902 (ALC) (GWG)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **forty-five days.**

**SO ORDERED.**

Dated:    July 11, 2023
           New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**